■ ROBERT GRANT, Appellant, v JOSEPH LOFFREDO et al., Respondents. [833 NYS2d 404]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Richmond County (Maltese, J.), dated January 27, 2006, which denied his motion for summary judgment on the issue of liability.

Ordered that the order is affirmed, with costs.

There are triable issues of fact requiring the denial of summary judgment. Prudenti, P.J., Fisher, Lifson and Angiolillo, JJ., concur.